MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 2 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON CORDELL BUTLER,<br><br>Defendant. | No. 2:16-CR-142-TOR<br><br>SUPERSEDING INDICTMENT<br><br>Ct. 1:   26 U.S.C. §§ 5841, 5861(d), and 5871, Possession of an Unregistered Destructive Device<br><br>Ct. 2:   26 U.S.C. §§ 5822, 5861(f), and 5871, Making a Destructive Device<br><br>Cts. 3-4: 18 U.S.C. §§ 2261A(1), Interstate Stalking<br><br>Cts. 5-7: 18 U.S.C. §§ 2261A(2), Cyberstalking<br><br>Ct. 8:   18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Crime of Violence |

INDICTMENT – 1

26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) Forfeiture Allegations

The Grand Jury Charges:

## COUNT ONE

From on or about the July 20, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington, the Defendant, CAMERON CORDELL BUTLER, knowingly received and possessed firearms, to wit: six destructive devices, defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), each such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. §§ 5841, 5861(d), 5871.

## COUNT TWO

From on or about July 20, 2016, and continuing to on or about July 21, 2016, in the Eastern District of Washington, the Defendant, CAMERON CORDELL BUTLER, knowingly made firearms, to wit: six destructive devices, defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), each such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, all in violation of 26 U.S.C. §§ 5822, 5861(f), 5871.

## COUNT THREE

From on or about July 20, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington and elsewhere, the Defendant, CAMERON CORDELL BUTLER, traveled in interstate commerce from Ritzville, Washington to Post Falls, Idaho and then to Spokane, Washington with the intent to kill, injure,

INDICTMENT – 2

and harass another person, to wit: victim B.H., and in the course of and as a result of such travel placed victim B.H. in reasonable fear of death and serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause victim B.H. substantial emotional distress and using a dangerous weapon: to wit a destructive device defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, all in violation of 18 U.S.C. §§ 2261A(1), 2261(b)(3).

## COUNT FOUR

On or about July 20, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington and elsewhere, the Defendant, CAMERON CORDELL BUTLER, traveled in interstate commerce from Ritzville, Washington to Post Falls, Idaho and then to Spokane, Washington with the intent to kill, injure, and harass another person, to wit: victim P.M., and in the course of and as a result of such travel placed victim P.M. in reasonable fear of death and serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause victim P.M. substantial emotional distress and using a dangerous weapon: to wit a destructive device defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, all in violation of 18 U.S.C. §§ 2261A(1), 2261(b)(3).

## COUNT FIVE

On or about July 8, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington, the Defendant, CAMERON CORDELL BUTLER, with the intent to kill, injure, harass, and intimidate another person, to wit: victim B.H., used an electronic communication service and an electronic system of interstate commerce and a facility of interstate commerce to engage in a course of

INDICTMENT – 3

conduct that placed victim B.H. in reasonable fear of death and serious bodily injury to himself and to victim P.M., with victim P.M. being an intimate partner of victim B.H., and caused, attempted to cause, and would be reasonably expected to cause victim B.H. and victim P.M. substantial emotional distress and using a dangerous weapon: to wit a destructive device defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, all in violation of 18 U.S.C. §§ 2261A(2), 2261(b)(3).

## COUNT SIX

On or about July 8, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington, the Defendant, CAMERON CORDELL BUTLER, with the intent to kill, injure, harass, and intimidate another person, to wit: victim P.M., used an electronic communication service and an electronic system of interstate commerce and a facility of interstate commerce to engage in a course of conduct that placed victim P.M. in reasonable fear of death and serious bodily injury to herself and to victim B.H., with victim B.H. being an intimate partner of victim P.M., and caused, attempted to cause, and would be reasonably expected to cause victim P.M. and victim B.H. substantial emotional distress and using a dangerous weapon: to wit a destructive device defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, all in violation of 18 U.S.C. §§ 2261A(2), 2261(b)(3).

## COUNT SEVEN

On or about July 19, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington, the Defendant, CAMERON CORDELL

INDICTMENT – 4

BUTLER, with the intent to kill, injure, harass, and intimidate another person, to wit: victim L.S., used an electronic communication service and an electronic system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct that placed victim L.S. in reasonable fear of death and serious bodily injury to herself and caused, attempted to cause, and would be reasonably expected to cause victim L.S. substantial emotional distress and using a dangerous weapon: to wit a destructive device defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, all in violation of 18 U.S.C. §§ 2261A(2), 2261(b)(3).

## COUNT EIGHT

On or about the July 19, 2016 and continuing to on or about July 21, 2016, in the Eastern District of Washington, the Defendant, CAMERON CORDELL BUTLER, did knowingly carry and use six firearms, to wit: six destructive devices, defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), each such device consisting of a gasoline-filled bottle with a cloth fuse, commonly known as a Molotov cocktail, during and in relation to a crime of violence for which he may be prosecuted in a Court of the United States, that is, the offenses described in Counts Three and Four of this Superseding Indictment, Interstate Stalking in violation of 18 U.S.C. §§ 2261A(1) and 2261(b)(3) and Counts Five, Six, and Seven Cyberstalking in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(3), all in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures

INDICTMENT – 5

pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c); or pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), upon conviction of the offense(s) set forth in Counts 1 and 2 of this Superseding Indictment, Defendant CAMERON CORDELL BUTLER, shall forfeit to the United States any destructive devices involved in the commission of the offense(s).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense(s) set forth in Counts 3 and 8 of this Superseding Indictment, Defendant, CAMERON CORDELL BUTLER shall forfeit to the United States, any firearms involved in the commission of the offense.

DATED this 22nd day of February, 2017.

A TRUE BILL

_____
MICHAEL C. ORMSBY
United States Attorney

_____
James A. Goeke
Assistant United States Attorney

INDICTMENT – 6